# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Majzoub, Mona K. | MI; Eastern District | 05/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge; full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd, Rm 704
Detroit, MI 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Line 12 - Trust #1 (Brokerage 5) (Y) - Account Closed. Positions in account before closing are listed in Part VII, starting on Line 13 |
| 2. Trustee | Line 32 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 33 |
| 3. Trustee | Line 338 - Trust #6 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 4. Trustee | Line 339 - Trust #2 (Brokerage 5) (Y) - Account Closed. Positions in account before closing are listed in Part VII, starting on Line 340 |
| 5. Trustee | Line 357 - Trust #3 Co-Ttee (Brokerage 5) (Y) - Acct Closed. Positions in acct before closing are listed in Part VII, starting on Line 358 |
| 6. Trustee | Line 367 - Trust #4 - Checking (Brokerage 5) (Y) - Acct Closed. No Reportable assets |
| 7. Trustee | Line 368 - Trust #3 - Checking (Brokerage 5) (Y) - No reportable assets - See Part VIII |
| 8. Trustee | Line 369 - Trust #3 - Savings (Brokerage 5) (Y) - Acct Closed. Positions in acct before closing listed in Part VII, starting on line 370 |
| 9. Trustee | Line 566 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 567 |
| 10. Trustee | Line 682 - Trust #1-2 (Broerage 1) - No reportable assets - See Part VIII |
| 11. Trustee | Line 683 - Trust #3 (Brokerage 1) - Positions listed in Part VII starting on line 684 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 05/19/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Kitch, Drutchas - Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (Brokerage 5) (Y) | | | | | | | | | |
| 2. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd #62 | | | | | Sold | 04/19/13 | O | | |
| 3. -Federated Govt Obligation MM Fd # 05 | | | | | Buy (add'l) | 01/31/13 | J | | |
| 4. -Federated Govt Obligation MM Fd # 05 | | | | | Buy (add'l) | 02/28/13 | J | | |
| 5. -Federated Govt Obligation MM Fd # 05 | | | | | Buy (add'l) | 03/29/13 | J | | |
| 6. -Federated Govt Obligation MM Fd # 05 | | | | | Sold | 04/30/13 | J | | |
| 7. -John Deere Capital Corp Ser Mtn Notes (Y) | | | | | | | | | |
| 8. -Walt Disney Company/The Sr Unsec (Y) | | | | | | | | | |
| 9. -IBM Corp SR Unsec (Y) | | | | | | | | | |
| 10. -Procter & Gamble Co/The Sr Unsec (Y) | | | | | | | | | |
| 11. -T Rowe Price Short Term Bd Fd #55 (Y) | | | | | | | | | |
| 12. Trust #1 (Brokerage 5) (Y) | | | | | | | | | |
| 13. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd #62 | | | | | Sold | 04/16/13 | P1 | | |
| 14. -PNC Advantage Inst MM #133 A | | | | | Buy (add'l) | 01/31/13 | J | | |
| 15. -PNC Advantage Inst MM #133 A | | | | | Buy (add'l) | 02/28/13 | J | | |
| 16. -PNC Advantage Inst MM #133 A | | | | | Sold | 03/29/13 | M | | |
| 17. -John Deere Capital Corp Ser Mtn Notes (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Walt Disney Company/The Sr Unsec (Y) | | | | | | | | | |
| 19. -IBM Corp Sr Unsec (Y) | | | | | | | | | |
| 20. -Procter & Gamble Co/The Sr Unsec (Y) | | | | | | | | | |
| 21. -Ann Arbor Mich Bldg Auth Ref Ser A 5.00% 03/01/2013 | | | | | Matured | 03/01/13 | K | | |
| 22. -Grand Rapids Mich Cap Impt 5.00% 09/01/2017 (Y) | | | | | | | | | |
| 23. -Ingham Cnty Mich Bldg Auth Ref 4.50% 07/01/2014 (Y) | | | | | | | | | |
| 24. -Kentucky Cnty Mich Bldg Auth 5.00% 06/01/2015 (Y) | | | | | | | | | |
| 25. -Lakeview Mich Pub Sch Dist Macomb Cnty Ref 5.00% 05/01/2016 (Y) | | | | | | | | | |
| 26. -Livingston Cnty Mich San Sewer Impt 4.00% 05/01/2014 (Y) | | | | | | | | | |
| 27. -Novi Mich Cmnty Sch dist Ref 5.00% 05/01/2015 (Y) | | | | | | | | | |
| 28. -Stockbridge Mich Cmnty Schs Ref 4.50% 05/01/2014 (Y) | | | | | | | | | |
| 29. -Taylor Mich Ref 5.00% 09/01/2016 (Y) | | | | | | | | | |
| 30. -Whitehall Mich Dist Schs Ref 5.00% 05/01/2015 (Y) | | | | | | | | | |
| 31. -Ypsilanti Mich Ref-Cap Impt-Ser A 4.00% 11/01/2013 (Y) | | | | | | | | | |
| 32. Trust #1 (Brokerage 1) | F | Int./Div. | P1 | T | | | | | |
| 33. -Abbott Laboratories | | | | | Buy (add'l) | 04/29/13 | J | | |
| 34. -Abbvie Inc | | | | | Spinoff (from line 33) | 01/02/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Abbvie Inc | | | | | Sold | 04/29/13 | J | C | |
| 36. -Apple Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 37. -AT&T Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 38. -Blackrock Inc | | | | | | | | | |
| 39. -BP PLC Spons ADR | | | | | Buy (add'l) | 04/29/13 | J | | |
| 40. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Buy | 07/05/13 | L | | |
| 41. -Comerica Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 42. -Costco Whsl Corp New | | | | | Buy (add'l) | 04/29/13 | J | | |
| 43. -Dover Corp Common | | | | | Buy (add'l) | 04/29/13 | J | | |
| 44. -Enrgy Select Sector Spdr ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 45. -Exxon Mobil Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 46. -Franklin Resources | | | | | | | | | |
| 47. -General Electric Company | | | | | | | | | |
| 48. -Genuine Parts Co Com | | | | | | | | | |
| 49. -Guggenheim Bulletshs 2015 High Yield Corp ETF | | | | | Buy | 07/05/13 | L | | |
| 50. -Guggenheim Bulletshs 2014 High Yield Corp Bond | | | | | Buy | 07/05/13 | L | | |
| 51. -Honeywell International Inc | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Intel Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 53. -IShares 2017 Amt Free Muni Term | | | | | Buy | 10/28/13 | K | | |
| 54. -IShares Select Dividend ETF (fka IShares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 55. -IShares MSCI EAFE Index | | | | | Sold | 04/29/13 | L | D | |
| 56. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 04/29/13 | K | | |
| 57. -IShares MSCI EAFE Value ETF (fka Ishares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 04/29/13 | K | | |
| 58. -Ishares Russell Mid-cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 59. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sect Idx Fd) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 60. -IShares Russell Midcap Growth ETF (fka Ishares Tr Rusel MC Gr Idx Fd) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 61. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy | 07/05/13 | K | | |
| 62. -Johnson & Johnson | | | | | Buy (add'l) | 04/29/13 | J | | |
| 63. -JPMorgan Chase & Co | | | | | | | | | |
| 64. -McDonalds Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 65. -Microsoft Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 66. -Nextera Energy Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 67. -Norfolk Southern Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 68. -Paychex Inc | | | | | Buy (add'l) | 04/29/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pepsico Incorporated | | | | | Buy (add'l) | 04/29/13 | J | | |
| 70. -Pepsico Incorporated | | | | | Buy (add'l) | 10/28/13 | J | | |
| 71. -Powershares Senior Loan Portfolio ETF | | | | | Buy | 07/05/13 | L | | |
| 72. -Proctor & Gamble Co | | | | | Buy (add'l) | 04/29/13 | J | | |
| 73. -RPM International Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 74. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 04/29/13 | J | | |
| 75. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 04/29/13 | J | | |
| 76. -Spdr Gold Trust ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 77. -Spdr Gold Trust ETF | | | | | Sold | 06/26/13 | J | A | |
| 78. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 79. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 10/28/13 | J | | |
| 80. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 04/29/13 | K | | |
| 81. -Stryker Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 82. -Sysco Corporation | | | | | Buy (add'l) | 04/29/13 | J | | |
| 83. -Sysco Corporation | | | | | Buy (add'l) | 10/28/13 | J | | |
| 84. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 04/29/13 | J | | |
| 85. -US Bancorp New | | | | | Buy (add'l) | 04/29/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF(fka VG MSCI EM) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 87. -Vanguard MSCI EAFE ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 88. -Verizon Communications Com | | | | | | | | | |
| 89. -Wal-Mart Stores Inc | | | | | | | | | |
| 90. -IBM Corp Sr Unsecured (X) | | | | | | | | | |
| 91. -Procter & Gamble Co/The Sr Unsecured (X) | | | | | | | | | |
| 92. -The Walt Disney Company Sr Unsecured (X) | | | | | | | | | |
| 93. -John Deere Capital Corp Medium Term Notes (X) | | | | | | | | | |
| 94. -Three Rivers 5% 5/1/2013 | | | | | Redeemed | 05/01/13 | J | | |
| 95. -Ypsilanti Mich Ref Cap Impt Ser A G/O Ltd B/E MBIA (X) | | | | | Redeemed | 11/01/13 | K | | |
| 96. -Livingston County MI San Sewer Impt G/O Ltd B/E Ambac (X) | | | | | | | | | |
| 97. -Stockbridge MI Cmty Schs Ref G/O Unltd B/E FSA (X) | | | | | | | | | |
| 98. -Ingham Cnty MI Bldgauth G/O Ltd B/E (fka ICMBAR 4.50% 07/01/2014) (X) | | | | | | | | | |
| 99. -Novi MI Cmty Sch Dist Ref G/O Unltd B/E FSA (X) | | | | | | | | | |
| 100. -Whitehall Mich Dist Schs Rfdg G/O Unltd B/E FSA (X) | | | | | | | | | |
| 101. -Kent Cnty MI Bldg Auth Ref G/O Ltd B/E (X) | | | | | | | | | |
| 102. -Lakeview MI Pub Schdist Macomb Cnty RF G/O Unltd B/E MBIA (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Taylor MI G/O Ltd B/E MBIA (X) | | | | | | | | | |
| 104. -Grand Rapids MI Cap Impt G/O Ltd B/E NPFG (fka GRMCI 5% 09/01/17) (X) | | | | | | | | | |
| 105. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 04/29/13 | N | | |
| 106. -Franklin Tax Free Tr Mich Insd Tax Free Income Fund Cl A | | | | | Buy (add'l) | 04/29/13 | M | | |
| 107. -Franklin Tax Free Tr Mich Insd Tax Free Income Fund Cl A | | | | | Sold | 07/05/13 | M | | |
| 108. -Vanguard Muni Bd Fd Inc Short Term Tax Exempt Fd Shs Adm | | | | | | | | | |
| 109. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Buy (add'l) | 04/30/13 | N | | |
| 110. -Vanguard Mun Bd Fd Inc Long-Term Tax-Exempt Fd Shs Admiral | | | | | Buy (add'l) | 04/29/13 | M | | |
| 111. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Buy (add'l) | 04/29/13 | M | | |
| 112. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Buy (add'l) | 05/02/13 | J | | |
| 113. IRA #1 (Brokerage 1) | B | Int./Div. | L | T | | | | | |
| 114. -Abbott Laboratories | | | | | Buy | 04/11/13 | J | | |
| 115. -Abbott Laboratories | | | | | Buy (add'l) | 04/29/13 | J | | |
| 116. -Abbott Laboratories | | | | | Buy (add'l) | 06/13/13 | J | | |
| 117. -Apple Inc | | | | | Buy | 04/11/13 | J | | |
| 118. -Apple Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 119. -Apple Inc | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -AT&T Inc | | | | | Buy | 04/11/13 | J | | |
| 121. -AT&T Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 122. -AT&T Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 123. -Blackrock Inc | | | | | Buy | 04/11/13 | J | | |
| 124. -Blackrock Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 125. -Blackrock Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 126. -BP PLC Spons ADR | | | | | Buy | 04/11/13 | J | | |
| 127. -BP PLC Spons ADR | | | | | Buy (add'l) | 04/29/13 | J | | |
| 128. -BP PLC Spons ADR | | | | | Buy (add'l) | 06/13/13 | J | | |
| 129. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy | 06/13/13 | K | | |
| 130. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | Buy | 06/13/13 | K | | |
| 131. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bnd ETF | | | | | Buy | 06/13/13 | K | | |
| 132. -Comerica Inc | | | | | Buy | 04/11/13 | J | | |
| 133. -Comerica Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 134. -Comerica Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 135. -Costco Whsl Corp New | | | | | Buy | 04/11/13 | J | | |
| 136. -Costco Whsl Corp New | | | | | Buy (add'l) | 04/29/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Costco Whsl Corp New | | | | | Buy (add'l) | 06/13/13 | J | | |
| 138. -Dover Corp Common | | | | | Buy | 04/11/13 | J | | |
| 139. -Dover Corp Common | | | | | Buy (add'l) | 04/29/13 | J | | |
| 140. -Dover Corp Common | | | | | Buy (add'l) | 06/13/13 | J | | |
| 141. -Energy Select Sector SPDR ETF | | | | | Sold (part) | 04/11/13 | J | A | |
| 142. -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 143. -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 06/13/13 | J | | |
| 144. -Exxon Mobil Corp | | | | | Buy | 04/11/13 | J | | |
| 145. -Exxon Mobil Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 146. -Exxon Mobil Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 147. -Financial Select Sector SPDR ETF | | | | | Sold | 04/11/13 | J | | |
| 148. -Franklin Resources Inc | | | | | Buy | 04/11/13 | J | | |
| 149. -Franklin Resources Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 150. -Franklin Resources Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 151. -General Electric Company | | | | | Buy | 04/11/13 | J | | |
| 152. -General Electric Company | | | | | Buy (add'l) | 04/29/13 | J | | |
| 153. -General Electric Company | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Genuine Parts Co Com | | | | | Buy | 04/11/13 | J | | |
| 155. -Genuine Parts Co Com | | | | | Buy (add'l) | 04/29/13 | J | | |
| 156. -Genuine Parts Co Com | | | | | Buy (add'l) | 06/13/13 | J | | |
| 157. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 04/11/13 | K | | |
| 158. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 04/29/13 | K | | |
| 159. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Sold (part) | 06/13/13 | K | | |
| 160. -Guggenheim Bulletshs 2014 High Yield Corp ETF | | | | | Buy | 06/13/13 | K | | |
| 161. -Honeywell International Inc | | | | | Buy | 04/11/13 | J | | |
| 162. -Honeywell International Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 163. -Honeywell International Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 164. -Industrial Select Sector Spdr ETF | | | | | Sold | 04/11/13 | J | A | |
| 165. -Intel Corp | | | | | Buy | 04/11/13 | J | | |
| 166. -Intel Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 167. -Intel Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 168. -IShares Barclays Credit Bond Fund | | | | | Buy (add'l) | 04/11/13 | J | | |
| 169. -IShares Barclays Credit Bond Fund | | | | | Buy (add'l) | 04/29/13 | L | | |
| 170. -IShares Barclays Credit Bond Fund | | | | | Sold | 06/13/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -IShares Barclays TIPS Bond Fund ETF | | | | | Sold | 06/13/13 | J | A | |
| 172. -IShares Floating Rate Bond ETF | | | | | Buy | 06/13/13 | K | | |
| 173. -IShares Global Telecom ETF (fka IShares S&P Glbl Tlcm Sector Indx Fd) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 174. -IShares Global Telecom ETF (fka IShares S&P Glbl Tlcm Sector Indx Fd) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 175. -IShares Global Telecom ETF (fka IShares S&P Glbl Tlcm Sector Indx Fd) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 176. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 177. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 178. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 179. -IShares MSCI EAFE Value ETF (fka IShares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 180. -IShares MSCI EAFE Value ETF (fka IShares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 181. -IShares MSCI EAFE Value ETF (fka IShares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 182. -IShares Russell Midcap Growth ETF (fka IShrs Tr Rsll MC Grth Indx Fd) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 183. -IShares Russell Midcap Growth ETF (fka IShrs Tr Rsll MC Grth Indx Fd) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 184. -IShares Russell Midcap Growth ETF (fka IShrs Tr Rsll MC Grth Indx Fd) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 185. -Ishares Intermediate Credit Bond ETF (fka IShares Barclays ICr Bd Fd) | | | | | Buy (add'l) | 04/11/13 | K | | |
| 186. -Ishares Intermediate Credit Bond ETF (fka IShares Barclays ICr Bd Fd) | | | | | Buy (add'l) | 04/29/13 | M | | |
| 187. -Ishares Intermediate Credit Bond ETF (fka IShares Barclays ICr Bd Fd) | | | | | Sold (part) | 06/13/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -IShares 1-3 Year Credit Bond ETF (fka IShares Barclays 1-3y CBF ETF) | | | | | Buy (add'l) | 06/13/13 | K | | |
| 189. -IShares IBOXX $ High Yield Corp Bond ETF (fka IShares IBOXX $Yld CBF) | | | | | Buy (add'l) | 04/11/13 | K | | |
| 190. -IShares IBOXX $ High Yield Corp Bond ETF (fka IShares IBOXX $Yld CBF) | | | | | Buy (add'l) | 04/29/13 | K | | |
| 191. -IShares IBOXX $ High Yield Corp Bond ETF (fka IShares IBOXX $Yld CBF) | | | | | Sold (part) | 06/13/13 | K | | |
| 192. -Ishares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy | 06/13/13 | K | | |
| 193. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy | 06/13/13 | J | | |
| 194. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 195. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 196. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 197. -IShares Select Dividend ETF (fka IShares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 198. -IShares Select Dividend ETF (fka IShares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 199. -IShares Select Dividend ETF (fka IShares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 200. -Johnson & Johnson | | | | | Buy | 04/11/13 | J | | |
| 201. -Johnson & Johnson | | | | | Buy (add'l) | 04/29/13 | J | | |
| 202. -Johnson & Johnson | | | | | Buy (add'l) | 06/13/13 | J | | |
| 203. -JPMorgan Chase & Co | | | | | Buy | 04/11/13 | J | | |
| 204. -JPMorgan Chase & Co | | | | | Buy (add'l) | 04/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -JPMorgan Chase & Co | | | | | Buy (add'l) | 06/13/13 | J | | |
| 206. -McDonalds Corp | | | | | Buy | 04/11/13 | J | | |
| 207. -McDonalds Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 208. -McDonalds Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 209. -Microsoft Corp | | | | | Buy | 04/11/13 | J | | |
| 210. -Microsoft Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 211. -Microsoft Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 212. -Nextera Energy Inc | | | | | Buy | 04/11/13 | J | | |
| 213. -Nextera Energy Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 214. -Nextera Energy Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 215. -Norfolk Southern Corp | | | | | Buy | 04/11/13 | J | | |
| 216. -Norfolk Southern Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 217. -Norfolk Southern Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 218. -Paychex Inc | | | | | Buy | 04/11/13 | J | | |
| 219. -Paychex Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 220. -Paychex Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 221. -Pepsico Incorporated | | | | | Buy | 04/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Pepsico Incorporated | | | | | Buy (add'l) | 04/29/13 | J | | |
| 223. -Pepsico Incorporated | | | | | Buy (add'l) | 06/13/13 | J | | |
| 224. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Buy (add'l) | 04/11/13 | K | | |
| 225. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Buy (add'l) | 06/13/13 | J | | |
| 226. -Powershares Senior Loan Portfolio ETF | | | | | Buy | 06/13/13 | K | | |
| 227. -Proctor & Gamble Co | | | | | Buy | 04/11/13 | J | | |
| 228. -Proctor & Gamble Co | | | | | Buy (add'l) | 04/29/13 | J | | |
| 229. -Proctor & Gamble Co | | | | | Buy (add'l) | 06/13/13 | J | | |
| 230. -RPM International Inc | | | | | Buy | 04/11/13 | J | | |
| 231. -RPM International Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 232. -RPM International Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 233. -Sector Spdr Tr Technology Select Sector | | | | | Sold | 04/11/13 | J | B | |
| 234. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 04/11/13 | J | | |
| 235. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 04/29/13 | J | | |
| 236. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 06/13/13 | J | | |
| 237. -Select Sector Spdr Tr Consumer Staples | | | | | Sold | 04/11/13 | J | B | |
| 238. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 04/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 06/13/13 | J | | |
| 240.  -Select Sector Spdr Fd Health Care | | | | | Sold | 04/11/13 | J | B | |
| 241.  -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold | 04/11/13 | J | A | |
| 242.  -SPDR Barclays Intermediate Term Treasury ETF | | | | | Buy (add'l) | 04/29/13 | L | | |
| 243.  -SPDR Barclays Intermediate Term Treasury ETF | | | | | Sold | 06/13/13 | L | | |
| 244.  -Spdr Gold Trust ETF | | | | | Buy (add'l) | 04/11/13 | J | | |
| 245.  -Spdr Gold Trust ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 246.  -Spdr Gold Trust ETF | | | | | Sold | 06/13/13 | J | | |
| 247.  -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 04/11/13 | J | | |
| 248.  -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 04/29/13 | J | | |
| 249.  -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 06/13/13 | J | | |
| 250.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 04/11/13 | J | | |
| 251.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 04/29/13 | K | | |
| 252.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 06/13/13 | J | | |
| 253.  -Stryker Corp | | | | | Buy | 04/11/13 | J | | |
| 254.  -Stryker Corp | | | | | Buy (add'l) | 04/29/13 | J | | |
| 255.  -Stryker Corp | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Sysco Corporation | | | | | Buy | 04/11/13 | J | | |
| 257. -Sysco Corporation | | | | | Buy (add'l) | 04/29/13 | J | | |
| 258. -Sysco Corporation | | | | | Buy (add'l) | 06/13/13 | J | | |
| 259. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy | 04/11/13 | J | | |
| 260. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 04/29/13 | J | | |
| 261. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 06/13/13 | J | | |
| 262. -T Rowe Price Short Trm Bd Fd Inc (X) | | | | | | | | | |
| 263. -T Rowe Price Short Trm Bd Fd Inc | | | | | Sold | 04/11/13 | M | A | |
| 264. -US Bancorp New | | | | | Buy | 04/11/13 | J | | |
| 265. -US Bancorp New | | | | | Buy (add'l) | 04/29/13 | J | | |
| 266. -US Bancorp New | | | | | Buy (add'l) | 06/13/13 | J | | |
| 267. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 268. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 269. -Vanguard FTSE Developed Markets ETF (fka Vanguard MSCI EAFE ETF) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 270. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy (add'l) | 04/11/13 | J | | |
| 271. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy (add'l) | 04/29/13 | J | | |
| 272. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy (add'l) | 06/13/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -Vanguard Short Term Bond ETF | | | | | Sold | 06/13/13 | J | | |
| 274.  -Vanguard Telecommunications Services ETF | | | | | Sold | 04/11/13 | J | A | |
| 275.  -Vanguard Total Bond Market ETF | | | | | Buy (add'l) | 04/29/13 | M | | |
| 276.  -Vanguard Total Bond Market ETF | | | | | Sold (part) | 06/13/13 | L | | |
| 277.  -Verizon Communications Com | | | | | Buy | 04/11/13 | J | | |
| 278.  -Verizon Communications Com | | | | | Buy (add'l) | 04/29/13 | J | | |
| 279.  -Verizon Communications Com | | | | | Buy (add'l) | 06/13/13 | J | | |
| 280.  -Wal-Mart Stores Inc | | | | | Buy | 04/11/13 | J | | |
| 281.  -Wal-Mart Stores Inc | | | | | Buy (add'l) | 04/29/13 | J | | |
| 282.  -Wal-Mart Stores Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 283.  -IBM Corp Sr Unsecured (X) | | | | | | | | | |
| 284.  -Procter & Gamble Co/The Sr Unsecured (X) | | | | | | | | | |
| 285.  -The Walt Disney Company Sr Uns (X)ecured | | | | | | | | | |
| 286.  -John Deere Capital Corp Medium Term Notes (X) | | | | | | | | | |
| 287. Retirement Savings Plan #2 | C | Int./Div. | O | T | | | | | |
| 288.  -Dodge & Cox Balanced | | | | | | | | | |
| 289.  -Fid Freedom K Income | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. American Funds 529 Plan One | C | Dividend | L | T | | | | | |
| 291. -AMCAP Fund 529A | | | | | | | | | |
| 292. -Europacific Growth Fund 529A | | | | | Distributed (part) | 01/17/13 | J | | |
| 293. -New World Fund 529A | | | | | | | | | |
| 294. -SMALLCAP World Fund 529A | | | | | | | | | |
| 295. -American Mutual Fund 529A | | | | | | | | | |
| 296. -Inc Fund of America 529A | | | | | | | | | |
| 297. -American Balanced Fund 529A | | | | | | | | | |
| 298. -American High-Inc Tr 529A | | | | | | | | | |
| 299. -Bond Fund of America 529A | | | | | | | | | |
| 300. -Capital World Bond Fund 529A | | | | | | | | | |
| 301. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 302. American Funds 529 Plan Two | D | Dividend | M | T | | | | | |
| 303. -AMCAP Fund 529A | | | | | | | | | |
| 304. -Europacific Growth Fund 529A | | | | | | | | | |
| 305. -New World Fund 529A | | | | | | | | | |
| 306. -SMALLCAP World Fund 529A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -American Mutual Fund 529A | | | | | | | | | |
| 308. -Inc Fund of America 529A | | | | | | | | | |
| 309. -American Balanced Fund 529A | | | | | | | | | |
| 310. -American High-Inc Tr 529A | | | | | | | | | |
| 311. -Bond Fund of America 529A | | | | | | | | | |
| 312. -Cap World Bond Fund 529A | | | | | | | | | |
| 313. -American Fds Money Mkt Fd 529A | | | | | | | | | |
| 314. American Funds 529 Plan Three | D | Dividend | M | T | | | | | |
| 315. -AMCAP Fund 529A | | | | | | | | | |
| 316. -Europacific Growth Fund 529A | | | | | | | | | |
| 317. -New World Fund 529A | | | | | | | | | |
| 318. -SMALLCAP World Fund 529A | | | | | | | | | |
| 319. -American Mutual Fund 529A | | | | | | | | | |
| 320. -Inc Fund of America 529A | | | | | | | | | |
| 321. -American Balanced Fund 529A | | | | | | | | | |
| 322. -American High-Inc Tr 529A | | | | | | | | | |
| 323. -Bond Fund of America 529A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.   -Cap World Bond Fund 529A | | | | | | | | | |
| 325.   -American Fds Money Mrkt Fd 529A | | | | | | | | | |
| 326.   American Funds 529 Plan Four | B | Dividend | K | T | | | | | |
| 327.   -AMCAP Fund 529A | | | | | | | | | |
| 328.   -Europacific Growth Fund 529A | | | | | | | | | |
| 329.   -New World Fund 529A | | | | | | | | | |
| 330.   -SMALLCAP World Fund 529A | | | | | | | | | |
| 331.   -American Mutual Fund 529A | | | | | | | | | |
| 332.   -Inc Fund of America 529A | | | | | | | | | |
| 333.   -American Balanced Fund 529A | | | | | | | | | |
| 334.   -American High-Inc Tr 529A | | | | | | | | | |
| 335.   -Bond Fund of America 529A | | | | | | | | | |
| 336.   -Cap World Bond Fund 529A | | | | | | | | | |
| 337.   -American Fds Money Mrkt Fd-529A | | | | | | | | | |
| 338.   Trust #6 - Checking (Brokerage 5) | A | Interest | K | T | | | | | |
| 339.   Trust #2 (Brokerage 5) (Y) | | | | | | | | | |
| 340.   -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd#62 | | | | | Sold | 02/28/13 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -PNC Advantage Institutional MM # 133 A | | | | | Sold (part) | 01/31/13 | K | | |
| 342. -PNC Advantage Institutional MM # 133 A | | | | | Sold | 02/28/13 | K | | |
| 343. -John Deere Capital Corp Ser Mtn Notes (Y) | | | | | | | | | |
| 344. -Walt Disney company/The Sr Unsec (Y) | | | | | | | | | |
| 345. -IBM Corp Sr Unsec (Y) | | | | | | | | | |
| 346. -Proctor & Gamble Co/The Sr Unsec (Y) | | | | | | | | | |
| 347. -Toyota Motor Credit Corp Ser Mtn Sr Unsec (Y) | | | | | | | | | |
| 348. IRA #2 (Brokerage 5) (Y) | | | | | | | | | |
| 349. -Caterpillar Financial SE Sr Notes (Y) | | | | | | | | | |
| 350. -John Deere Capital Corp Ser Mtn Notes (Y) | | | | | | | | | |
| 351. -Walt Disney Company/The Sr Unsec (Y) | | | | | | | | | |
| 352. -Hewlett Packard Co Sr Unsec (Y) | | | | | | | | | |
| 353. -IBM Corp Sr Unsec (Y) | | | | | | | | | |
| 354. -Occidental Petroleum Cor Sr Unsec (Y) | | | | | | | | | |
| 355. -Procter & Gamble Co/The Sr Unsec (Y) | | | | | | | | | |
| 356. -Toyota Motor Credit Corp Ser Mtn Sr Unsec (Y) | | | | | | | | | |
| 357. Trust #3 Co-Ttee (Brokerage 5) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Blackrock Liquidity Fds Treasury Trust Fd Portfolio Fd #62 | | | | | Sold | 03/04/13 | O | | |
| 359. -PNC Advantage Institutional MM # 133A | | | | | Buy (add'l) | 01/31/13 | J | | |
| 360. -PNC Advantage Institutional MM # 133A | | | | | Sold | 02/28/13 | J | | |
| 361. -John Deere Capital Corp Ser Mtn Notes (Y) | | | | | | | | | |
| 362. -Walt Disney Company/The Sr Unsec (Y) | | | | | | | | | |
| 363. -IBM Corp Sr Unsec (Y) | | | | | | | | | |
| 364. -Occidental Petroleum Cor Sr Unsec (Y) | | | | | | | | | |
| 365. -Procter & Gamble Co/The Sr Unsec (Y) | | | | | | | | | |
| 366. -Toyota Motor Credit Corp Ser Mtn Sr Unsec (Y) | | | | | | | | | |
| 367. Trust #4 - Checking (Brokerage 5) (Y) | | | | | | | | | |
| 368. Trust #3 - Checking (Brokerage 5) | A | Interest | J | T | | | | | |
| 369. Trust #3 - Savings (Brokerage 5) (Y) | | | | | | | | | |
| 370. -Blackrock Liquidity Fds Treasury Tr Fd Portfolio Fd #62 | | | | | Sold | 03/14/13 | O | | |
| 371. -PNC Advantage Institutional MM #133 A | | | | | Sold (part) | 01/31/13 | J | | |
| 372. -PNC Advantage Institutional MM #133 A | | | | | Sold (part) | 02/28/13 | J | | |
| 373. -PNC Advantage Institutional MM #133 A | | | | | Buy (add'l) | 02/28/13 | J | | |
| 374. -PNC Advantage Institutional MM #133 A | | | | | Sold | 03/29/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -John Deere Capital Corp Ser Mtn Notes (Y) | | | | | | | | | |
| 376. -Procter & Gamble Co/The Sr Unsec (Y) | | | | | | | | | |
| 377. -USA Treasury Notes 03.375% Due 07/31/2013 (Y) | | | | | | | | | |
| 378. -USA Treasury Notes 03.125% Due 08/31/2013 (Y) | | | | | | | | | |
| 379. -USA Treasury Notes 01.375% Due 02/15/2013 | | | | | Matured | 02/15/13 | J | A | |
| 380. -Federal Home Loan Mtg Corp Notes 04.500% Due 01/15/2014 (Y) | | | | | | | | | |
| 381. -Federal Natl Mtg Assn Nts 04.125% Due 04/15/2014 (Y) | | | | | | | | | |
| 382. -Federal Home Loan Mtg Corp Notes 04.125% Due 09/27/2013 (Y) | | | | | | | | | |
| 383. -Federal Natl Mtg Assn Notes 01.750% Due 05/07/2013 (Y) | | | | | | | | | |
| 384. -Federal Natl Mtg Assn Notes 03.625% Due 02/12/2013 | | | | | Matured | 02/12/13 | K | | |
| 385. -Ishares Barclays Tr U S TIP (TIP) ETF (Y) | | | | | | | | | |
| 386. -PNC Limited Maturity Bd Fd Class I Fund #413 (Y) | | | | | | | | | |
| 387. -Western Asset Intmd Bnd-In (Y) | | | | | | | | | |
| 388. Checking - Bank 1 | A | Interest | L | T | | | | | |
| 389. IRA #2 - (Brokerage 1) | E | Int./Div. | P1 | T | | | | | |
| 390. -Abbott Laboratories | | | | | Buy | 05/06/13 | J | | |
| 391. -Abbott Laboratories | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Abbott Laboratories | | | | | Buy (add'l) | 07/09/13 | J | | |
| 393. -Apple Inc | | | | | Buy | 05/06/13 | J | | |
| 394. -Apple Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 395. -Apple Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 396. -AT&T Inc | | | | | Buy | 05/06/13 | J | | |
| 397. -AT&T Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 398. -AT&T Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 399. -Blackrock Inc | | | | | Buy | 05/06/13 | J | | |
| 400. -Blackrock Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 401. -Blackrock Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 402. -BP Plc Spons ADR | | | | | Buy | 05/06/13 | J | | |
| 403. -BP Plc Spons ADR | | | | | Buy (add'l) | 06/13/13 | J | | |
| 404. -BP Plc Spons ADR | | | | | Buy (add'l) | 07/09/13 | J | | |
| 405. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd | | | | | Buy | 06/13/13 | K | | |
| 406. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd | | | | | Buy (add'l) | 07/09/13 | J | | |
| 407. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy | 07/09/13 | K | | |
| 408. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy | 07/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -Comerica Inc | | | | | Buy | 05/06/13 | J | | |
| 410.  -Comerica Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 411.  -Comerica Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 412.  -Costco Whsl Corp New Com | | | | | Buy | 05/06/13 | J | | |
| 413.  -Costco Whsl Corp New Com | | | | | Buy (add'l) | 06/13/13 | J | | |
| 414.  -Costco Whsl Corp New Com | | | | | Buy (add'l) | 07/09/13 | J | | |
| 415.  -Dover Corp Common | | | | | Buy | 05/06/13 | J | | |
| 416.  -Dover Corp Common | | | | | Buy (add'l) | 06/13/13 | J | | |
| 417.  -Dover Corp Common | | | | | Buy (add'l) | 07/09/13 | J | | |
| 418.  -Energy Select Sector Spdr ETF | | | | | Buy | 05/06/13 | J | | |
| 419.  -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 06/13/13 | J | | |
| 420.  -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 421.  -Exxon Mobil Corp | | | | | Buy | 05/06/13 | J | | |
| 422.  -Exxon Mobil Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 423.  -Exxon Mobil Corp | | | | | Buy (add'l) | 07/09/13 | J | | |
| 424.  -Franklin Resources Inc | | | | | Buy | 05/06/13 | J | | |
| 425.  -Franklin Resources Inc | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Franklin Resources Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 427. -General Electric Company | | | | | Buy | 05/06/13 | J | | |
| 428. -General Electric Company | | | | | Buy (add'l) | 06/13/13 | J | | |
| 429. -General Electric Company | | | | | Buy (add'l) | 07/09/13 | J | | |
| 430. -Genuine Parts Co Com | | | | | Buy | 05/06/13 | J | | |
| 431. -Genuine Parts Co Com | | | | | Buy (add'l) | 06/13/13 | J | | |
| 432. -Genuine Parts Co Com | | | | | Buy (add'l) | 07/09/13 | J | | |
| 433. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy | 05/06/13 | K | | |
| 434. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 06/13/13 | K | | |
| 435. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Sold (part) | 07/09/13 | K | | |
| 436. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy | 06/13/13 | K | | |
| 437. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 438. -Honeywell International Inc | | | | | Buy | 05/06/13 | J | | |
| 439. -Honeywell International Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 440. -Honeywell International Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 441. -Intel Corp | | | | | Buy | 05/06/13 | J | | |
| 442. -Intel Corp | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Intel Corp | | | | | Buy (add'l) | 07/09/13 | J | | |
| 444. -IShares Barclays Credit Bond Fund | | | | | Buy | 05/06/13 | L | | |
| 445. -IShares Barclays Credit Bond Fund | | | | | Sold | 06/13/13 | L | | |
| 446. -IShares Barclays TIPS Bond Fund ETF | | | | | Buy | 05/06/13 | K | | |
| 447. -IShares Barclays TIPS Bond Fund ETF | | | | | Sold | 06/13/13 | K | | |
| 448. -IShares Floating Rate Bond ETF | | | | | Buy | 06/13/13 | K | | |
| 449. -IShares Floating Rate Bond ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 450. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy | 05/06/13 | J | | |
| 451. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 452. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 453. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy | 05/06/13 | J | | |
| 454. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 455. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 456. -IShares MSCI EAFE Value (fka Ishares MSCI EAFE Value Mix) | | | | | Buy | 05/06/13 | J | | |
| 457. -IShares MSCI EAFE Value (fka Ishares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 458. -IShares MSCI EAFE Value (fka Ishares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 459. -IShares Russell Midcap Growth ETF (fka Ishares Tr Rsl MC Grth Idx Fd) | | | | | Buy | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -IShares Russell Midcap Growth ETF (fka Ishares Tr Rsl MC Grth Idx Fd) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 461. -IShares Russell Midcap Growth ETF (fka Ishares Tr Rsl MC Grth Idx Fd) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 462. -IShares Intermediate Credit Bond ETF (fka Ishrs Bclys Intrm Cr Bd Fd) | | | | | Buy | 05/06/13 | M | | |
| 463. -IShares Intermediate Credit Bond ETF (fka Ishrs Bclys Intrm Cr Bd Fd) | | | | | Buy (add'l) | 06/13/13 | K | | |
| 464. -IShares Intermediate Credit Bond ETF (fka Ishrs Bclys Intrm Cr Bd Fd) | | | | | Sold (part) | 07/09/13 | J | | |
| 465. -IShares 1-3 Year Credit Bond ETF (fka Ishares Barclys 1-3Yr Cr Bd Fd) | | | | | Buy | 05/06/13 | L | | |
| 466. -IShares 1-3 Year Credit Bond ETF (fka Ishares Barclys 1-3Yr Cr Bd Fd) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 467. -IShares Iboxx$ High Yield Corp Bond ETF (fka Ishrs Iboxx$ YldCrpBdFd) | | | | | Buy | 05/06/13 | K | | |
| 468. -IShares Iboxx$ High Yield Corp Bond ETF (fka Ishrs Iboxx$ YldCrpBdFd) | | | | | Buy (add'l) | 06/13/13 | K | | |
| 469. -IShares Iboxx$ High Yield Corp Bond ETF (fka Ishrs Iboxx$ YldCrpBdFd) | | | | | Sold (part) | 07/09/13 | K | | |
| 470. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy | 06/13/13 | K | | |
| 471. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 472. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy | 06/13/13 | J | | |
| 473. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 474. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy | 05/06/13 | J | | |
| 475. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 476. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 07/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy | 05/06/13 | J | | |
| 478. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 479. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 480. -Johnson & Johnson | | | | | Buy | 05/06/13 | J | | |
| 481. -Johnson & Johnson | | | | | Buy (add'l) | 06/13/13 | J | | |
| 482. -Johnson & Johnson | | | | | Buy (add'l) | 07/09/13 | J | | |
| 483. -JPMorgan Chase & Co | | | | | Buy | 05/06/13 | J | | |
| 484. -JPMorgan Chase & Co | | | | | Buy (add'l) | 06/13/13 | J | | |
| 485. -JPMorgan Chase & Co | | | | | Buy (add'l) | 07/09/13 | J | | |
| 486. -McDonalds Corp | | | | | Buy | 05/06/13 | J | | |
| 487. -McDonalds Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 488. -McDonalds Corp | | | | | Buy (add'l) | 07/09/13 | J | | |
| 489. -Microsoft Corp | | | | | Buy | 05/06/13 | J | | |
| 490. -Microsoft Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 491. -Microsoft Corp | | | | | Buy (add'l) | 07/09/13 | J | | |
| 492. -Nextera Energy Inc | | | | | Buy | 05/06/13 | J | | |
| 493. -Nextera Energy Inc | | | | | Buy (add'l) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Nextera Energy Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 495. -Norfolk Southern Corp | | | | | Buy | 05/06/13 | J | | |
| 496. -Norfolk Southern Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 497. -Norfolk Southern Corp | | | | | Buy (add'l) | 07/09/13 | J | | |
| 498. -Paychex Inc | | | | | Buy | 05/06/13 | J | | |
| 499. -Paychex Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 500. -Paychex Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 501. -Pepsico Incorporated | | | | | Buy | 05/06/13 | J | | |
| 502. -Pepsico Incorporated | | | | | Buy (add'l) | 06/13/13 | J | | |
| 503. -Pepsico Incorporated | | | | | Buy (add'l) | 07/09/13 | J | | |
| 504. -Pimco 1-5 Yr US Tips Index ETF | | | | | Buy | 05/06/13 | L | | |
| 505. -Pimco 1-5 Yr US Tips Index ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 506. -Powershares Senior Loan Portfolio ETF | | | | | Buy | 06/13/13 | K | | |
| 507. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 508. -Proctor & Gamble Co | | | | | Buy | 05/06/13 | J | | |
| 509. -Proctor & Gamble Co | | | | | Buy (add'l) | 06/13/13 | J | | |
| 510. -Proctor & Gamble Co | | | | | Buy (add'l) | 07/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -RPM International Inc | | | | | Buy | 05/06/13 | J | | |
| 512. -RPM International Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 513. -RPM International Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 514. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy | 05/06/13 | J | | |
| 515. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 06/13/13 | J | | |
| 516. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 07/09/13 | J | | |
| 517. -Select Sector Spdr Fd Materials | | | | | Buy | 05/06/13 | J | | |
| 518. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 06/13/13 | J | | |
| 519. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 07/09/13 | J | | |
| 520. -Spdr Barclays Intermediate Term Treasury ETF | | | | | Buy | 05/06/13 | L | | |
| 521. -Spdr Barclays Intermediate Term Treasury ETF | | | | | Sold | 07/09/13 | L | | |
| 522. -Spdr Gold Trust | | | | | Buy | 05/06/13 | J | | |
| 523. -Spdr Gold Trust | | | | | Sold | 06/13/13 | J | | |
| 524. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy | 05/06/13 | J | | |
| 525. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 06/13/13 | J | | |
| 526. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 527. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 06/13/13 | K | | |
| 529. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 07/09/13 | J | | |
| 530. -Stryker Corp | | | | | Buy | 05/06/13 | J | | |
| 531. -Stryker Corp | | | | | Buy (add'l) | 06/13/13 | J | | |
| 532. -Stryker Corp | | | | | Buy (add'l) | 07/09/13 | J | | |
| 533. -Sysco Corporaation | | | | | Buy | 05/06/13 | J | | |
| 534. -Sysco Corporaation | | | | | Buy (add'l) | 06/13/13 | J | | |
| 535. -Sysco Corporaation | | | | | Buy (add'l) | 07/09/13 | J | | |
| 536. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy | 05/06/13 | J | | |
| 537. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 06/13/13 | J | | |
| 538. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 07/09/13 | J | | |
| 539. -US Bancorp New | | | | | Buy | 05/06/13 | J | | |
| 540. -US Bancorp New | | | | | Buy (add'l) | 06/13/13 | K | | |
| 541. -US Bancorp New | | | | | Sold (part) | 07/09/13 | J | A | |
| 542. -Vanguard FTSE Developed Markets ETF | | | | | Buy | 06/13/13 | K | | |
| 543. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 07/09/13 | K | | |
| 544. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy (add'l) | 06/13/13 | J | | |
| 546. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 547. -Vanguard MSCI EAFE ETF | | | | | Buy | 05/06/13 | J | | |
| 548. -Vanguard Short Term Bond ETF | | | | | Buy | 05/06/13 | K | | |
| 549. -Vanguard Short Term Bond ETF | | | | | Sold | 07/09/13 | K | | |
| 550. -Vanguard Total Bond Market ETF | | | | | Buy | 05/06/13 | M | | |
| 551. -Vanguard Total Bond Market ETF | | | | | Sold (part) | 07/09/13 | J | | |
| 552. -Verizon Communications Com | | | | | Buy | 05/06/13 | J | | |
| 553. -Verizon Communications Com | | | | | Buy (add'l) | 06/13/13 | J | | |
| 554. -Verizon Communications Com | | | | | Buy (add'l) | 07/09/13 | J | | |
| 555. -Wal-Mart Stores Inc | | | | | Buy | 05/06/13 | J | | |
| 556. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 06/13/13 | J | | |
| 557. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 07/09/13 | J | | |
| 558. -Hewlett-Packard Co Sr Unsecured (X) | | | | | | | | | |
| 559. -IBM Corp Sr Unsecured (X) | | | | | | | | | |
| 560. -Caterpillar Financial S Senior Notes (X) | | | | | | | | | |
| 561. -Procter & Gamble Co/The Sr Unsecured (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -The Walt Disney Company Sr Unsecured (X) | | | | | | | | | |
| 563. -Toyota Motor Credit Corp Medium Term Notes (X) | | | | | | | | | |
| 564. -John Deere Capital Corp Medium Term Notes (X) | | | | | | | | | |
| 565. -Occidental Petroleum Cor Sr Unsecured (X) | | | | | | | | | |
| 566. Trust #2 (Brokerage 1) | D | Int./Div. | P1 | T | | | | | |
| 567. -Abbott Laboratories | | | | | Buy | 05/06/13 | J | | |
| 568. -Abbott Laboratories | | | | | Buy (add'l) | 09/30/13 | J | | |
| 569. -Apple Inc | | | | | Buy | 05/06/13 | J | | |
| 570. -Apple Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 571. -AT&T Inc | | | | | Buy | 05/06/13 | J | | |
| 572. -AT&T Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 573. -Blackrock Inc | | | | | Buy | 05/06/13 | J | | |
| 574. -Blackrock Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 575. -BP PLC Spons ADR | | | | | Buy | 05/06/13 | J | | |
| 576. -BP PLC Spons ADR | | | | | Buy (add'l) | 09/30/13 | J | | |
| 577. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy | 09/30/13 | K | | |
| 578. -Comerica Inc | | | | | Buy | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Comerica Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 580. -Costco Whsl Corp New Com | | | | | Buy | 05/06/13 | J | | |
| 581. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 09/30/13 | J | | |
| 582. -Dover Corp Common | | | | | Buy | 05/06/13 | J | | |
| 583. -Dover Corp Common | | | | | Buy (add'l) | 09/30/13 | J | | |
| 584. -Energy Select Sector Spdr ETF | | | | | Buy | 05/06/13 | J | | |
| 585. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 586. -Exxon Mobil Corp | | | | | Buy | 05/06/13 | J | | |
| 587. -Exxon Mobil Corp | | | | | Buy (add'l) | 09/30/13 | J | | |
| 588. -Franklin Resources Inc | | | | | Buy | 05/06/13 | J | | |
| 589. -Franklin Resources Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 590. -General Electric Company | | | | | Buy | 05/06/13 | J | | |
| 591. -General Electric Company | | | | | Buy (add'l) | 09/30/13 | J | | |
| 592. -Genuine Parts Co Com | | | | | Buy | 05/06/13 | J | | |
| 593. -Genuine Parts Co Com | | | | | Buy (add'l) | 09/30/13 | J | | |
| 594. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy | 09/30/13 | K | | |
| 595. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy | 09/30/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Honeywell International Inc | | | | | Buy | 05/06/13 | J | | |
| 597. -Honeywell International Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 598. -Intel Corp | | | | | Buy | 05/06/13 | J | | |
| 599. -Intel Corp | | | | | Buy (add'l) | 09/30/13 | J | | |
| 600. -IShares Floating Rate Bond ETF | | | | | Buy | 09/30/13 | K | | |
| 601. -IShares 2014 Amt Free Muni Term ETF | | | | | Buy | 09/30/13 | K | | |
| 602. -IShares 2015 Amt Free Muni Term ETF | | | | | Buy | 09/30/13 | K | | |
| 603. -IShares 2016 Amt Free Muni Term ETF | | | | | Buy | 09/30/13 | K | | |
| 604. -IShares 2017 Amt Free Muni Term ETF (fka Ishrs Tr 2017 S&P AmFrMuSeF) | | | | | Buy | 05/13/13 | L | | |
| 605. -IShares 2017 Amt Free Muni Term ETF (fka Ishrs Tr 2017 S&P AmFrMuSeF) | | | | | Sold (part) | 09/30/13 | K | | |
| 606. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy | 05/06/13 | J | | |
| 607. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 608. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy | 05/06/13 | J | | |
| 609. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 09/30/13 | K | | |
| 610. -IShares MSCI EAFE Value ETF (fka Ishares MSCI EAFE Value Mix) | | | | | Buy | 05/06/13 | J | | |
| 611. -IShares MSCI EAFE Value ETF (fka Ishares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 612. -IShares Russell Midcap Growth ETF (Ishares Tr Russell MC Grth Idx Fd) | | | | | Buy | 05/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -IShares Russell Midcap Growth ETF (Ishares Tr Russell MC Grth Idx Fd) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 614. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Buy | 09/30/13 | K | | |
| 615. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy | 09/30/13 | J | | |
| 616. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy | 05/06/13 | J | | |
| 617. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 618. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy | 05/06/13 | J | | |
| 619. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 09/30/13 | K | | |
| 620. -Johnson & Johnson | | | | | Buy | 05/06/13 | J | | |
| 621. -Johnson & Johnson | | | | | Buy (add'l) | 09/30/13 | J | | |
| 622. -JPMorgan Chase & Co | | | | | Buy | 05/06/13 | J | | |
| 623. -JPMorgan Chase & Co | | | | | Buy (add'l) | 09/30/13 | J | | |
| 624. -McDonalds Corp | | | | | Buy | 05/06/13 | J | | |
| 625. -McDonalds Corp | | | | | Buy (add'l) | 09/30/13 | J | | |
| 626. -Microsoft Corp | | | | | Buy | 05/06/13 | J | | |
| 627. -Microsoft Corp | | | | | Buy (add'l) | 09/30/13 | J | | |
| 628. -Nextera Energy Inc | | | | | Buy | 05/06/13 | J | | |
| 629. -Nextera Energy Inc | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Norfolk Southern Corp | | | | | Buy | 05/06/13 | J | | |
| 631. -Norfolk Southern Corp | | | | | Buy (add'l) | 09/30/13 | J | | |
| 632. -Paychex Inc | | | | | Buy | 05/06/13 | J | | |
| 633. -Paychex Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 634. -Pepsico Incorporated | | | | | Buy | 05/06/13 | J | | |
| 635. -Pepsico Incorporated | | | | | Buy (add'l) | 09/30/13 | J | | |
| 636. -PIMCO Trust Inter Mun Bd Strategy Fd ETF | | | | | Buy | 05/13/13 | L | | |
| 637. -PIMCO Trust Inter Mun Bd Strategy Fd ETF | | | | | Sold | 09/30/13 | L | | |
| 638. -Powershares Senior Loan Portfolio ETF | | | | | Buy | 09/30/13 | K | | |
| 639. -Procter & Gamble Co | | | | | Buy | 05/06/13 | J | | |
| 640. -Procter & Gamble Co | | | | | Buy (add'l) | 09/30/13 | J | | |
| 641. -RPM International Inc | | | | | Buy | 05/06/13 | J | | |
| 642. -RPM International Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 643. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy | 05/06/13 | J | | |
| 644. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 09/30/13 | J | | |
| 645. -Select Sector Spdr Fd Materials | | | | | Buy | 05/06/13 | J | | |
| 646. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 09/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Spdr Gold Trust | | | | | Buy | 05/06/13 | J | | |
| 648. -Spdr Gold Trust | | | | | Sold | 06/26/13 | J | | |
| 649. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy | 05/06/13 | J | | |
| 650. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 651. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy | 05/06/13 | J | | |
| 652. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 09/30/13 | K | | |
| 653. -Stryker Corp | | | | | Buy | 05/06/13 | J | | |
| 654. -Stryker Corp | | | | | Buy (add'l) | 09/30/13 | J | | |
| 655. -Sysco Corporation | | | | | Buy | 05/06/13 | J | | |
| 656. -Sysco Corporation | | | | | Buy (add'l) | 09/30/13 | J | | |
| 657. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy | 05/06/13 | J | | |
| 658. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 09/30/13 | J | | |
| 659. -US Bancorp New | | | | | Buy | 05/06/13 | J | | |
| 660. -US Bancorp New | | | | | Buy (add'l) | 09/30/13 | J | | |
| 661. -Vanguard FTSE Developed Markets ETF | | | | | Buy | 09/30/13 | J | | |
| 662. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy | 05/06/13 | J | | |
| 663. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF (fkaVG MSCI EM) | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  -Vanguard MSCI EAFE ETF | | | | | Buy | 05/06/13 | J | | |
| 665.  -Verizon Communications Com | | | | | Buy | 05/06/13 | J | | |
| 666.  -Verizon Communications Com | | | | | Buy (add'l) | 09/30/13 | J | | |
| 667.  -Wal-Mart Stores Inc | | | | | Buy | 05/06/13 | J | | |
| 668.  -Wal-Mart Stores Inc | | | | | Buy (add'l) | 09/30/13 | J | | |
| 669.  -IBM Corp Sr Unsecured (X) | | | | | | | | | |
| 670.  -Procter & Gamble Co/The Sr Unsecured (X) | | | | | | | | | |
| 671.  -The Walt Disney Company Sr Unsecured (X) | | | | | | | | | |
| 672.  -Toyota Motor Credit Corp Medium Term Notes (X) | | | | | | | | | |
| 673.  -John Deere Capital Corp Medium Term Notes (X) | | | | | | | | | |
| 674.  -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy | 05/06/13 | M | | |
| 675.  -Franklin Tax Free Tr Mich Tax Free Income Fd | | | | | Buy | 05/06/13 | L | | |
| 676.  -Franklin Tax Free Tr Mich Tax Free Income Fd | | | | | Sold | 09/30/13 | L | | |
| 677.  -Vanguard Mun Bd Fd Inc Short Term Tax Exempt Fd Shs Admiral | | | | | Buy | 05/06/13 | M | | |
| 678.  -Vanguard Mun Bd Fd Inc Short Term Tax Exempt Fd Shs Admiral | | | | | Sold | 09/30/13 | M | | |
| 679.  -Vanguard Mun Bd Fd Inc Long-Term Tax-Exempt Fd Shs Admiral | | | | | Buy | 05/06/13 | L | | |
| 680.  -Vanguard Mun Bd Fd Inc Long-Term Tax-Exempt Fd Shs Admiral | | | | | Sold | 09/30/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Buy | 05/06/13 | L | | |
| 682. Trust #1-2 (Brokerage 1) | A | Interest | K | T | | | | | |
| 683. Trust #3 (Brokerage 1) | D | Int./Div. | O | T | | | | | |
| 684. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy | 06/25/13 | J | | |
| 685. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 09/30/13 | K | | |
| 686. -Claymore Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy | 06/25/13 | J | | |
| 687. -Claymore Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 09/30/13 | K | | |
| 688. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy | 06/25/13 | J | | |
| 689. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy (add'l) | 09/30/13 | K | | |
| 690. -Energy Select Sector Spdr ETF | | | | | Buy | 06/25/13 | J | | |
| 691. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 692. -Financial Select Sector Spdr ETF | | | | | Buy | 06/25/13 | J | | |
| 693. -Financial Select Sector Spdr ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 694. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy | 06/25/13 | J | | |
| 695. -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 09/30/13 | K | | |
| 696. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy | 06/25/13 | J | | |
| 697. -Guggenheim Bulletshs 2014 High Yield Corp Bond ETF | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Industrial Select Sector Spdr ETF | | | | | Buy | 06/25/13 | J | | |
| 699. -Industrial Select Sector Spdr ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 700. -IShares Floating Rate Bond ETF (fka Ishares Floating Rate Note Fund) | | | | | Buy | 06/25/13 | J | | |
| 701. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy | 06/25/13 | J | | |
| 702. -IShares Global Telecom ETF (fka Ishares S&P Glbl Telecom Sctr Idx Fd) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 703. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy | 06/25/13 | J | | |
| 704. -IShares MSCI EAFE Growth ETF (fka Ishares MSCI EAFE Growth Mix) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 705. -IShares MSCI EAFE Value ETF (fka Ishares MSCI EAFE Value Mix) | | | | | Buy | 06/25/13 | J | | |
| 706. -IShares MSCI EAFE Value ETF (fka Ishares MSCI EAFE Value Mix) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 707. -IShares Russell Midcap Growth ETF (fka Ishares Tr Rusel MC Gr Ind Fd) | | | | | Buy | 06/25/13 | J | | |
| 708. -IShares Russell Midcap Growth ETF (fka Ishares Tr Rusel MC Gr Ind Fd) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 709. -IShares Intermediate Credit Bond ETF (fka Ishares Barclays ICBF ETF) | | | | | Buy | 06/25/13 | K | | |
| 710. -IShares 1-3 Year Credit Bond ETF (fka Ishares Barclays 1-3 Year CBF) | | | | | Buy | 06/25/13 | J | | |
| 711. -IShares Iboxx$ High Yield Corp Bond ETF (fka Ishrs Iboxx$ YldCrpBdFd) | | | | | Buy | 06/25/13 | J | | |
| 712. -IShares Iboxx$ High Yield Corp Bond ETF (fka Ishrs Iboxx$ YldCrpBdFd) | | | | | Buy (add'l) | 09/30/13 | K | | |
| 713. -IShares JP Morgan USD Emerging Markets Bond ETF (fka Ishars JPM EMBF) | | | | | Buy | 06/25/13 | J | | |
| 714. -IShares JP Morgan USD Emerging Markets Bond ETF (fka Ishars JPM EMBF) | | | | | Buy (add'l) | 09/30/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -IShares MSCI Emerging Markets Minimum Volatility ETF (fka IshMEMMVIF) | | | | | Buy | 06/25/13 | J | | |
| 716. -IShares MSCI Emerging Markets Minimum Volatility ETF (fka IshMEMMVIF) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 717. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy | 06/25/13 | J | | |
| 718. -IShares Russell Mid-Cap Value ETF (fka Ishares Russell Midcap Value) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 719. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy | 06/25/13 | J | | |
| 720. -IShares Select Dividend ETF (fka Ishares DJ Select Dividend Index Fd) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 721. -PIMCO 1-5 Yr US TIPS Index ETF | | | | | Buy | 06/25/13 | J | | |
| 722. -Powershares Senior Loan Portfolio ETF | | | | | Buy | 06/25/13 | J | | |
| 723. -Sector Spdr Tr Technology Select Sector ETF | | | | | Buy | 06/25/13 | J | | |
| 724. -Sector Spdr Tr Technology Select Sector ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 725. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy | 06/25/13 | J | | |
| 726. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 09/30/13 | J | | |
| 727. -Select Sector Spdr Tr Consumer Staples | | | | | Buy | 06/25/13 | J | | |
| 728. -Select Sector Spdr Tr Consumer Staples | | | | | Buy (add'l) | 09/30/13 | J | | |
| 729. -Select Sector Spdr Fd Materials | | | | | Buy | 06/25/13 | J | | |
| 730. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 09/30/13 | J | | |
| 731. -Select Sector Spdr Fd Health Care | | | | | Buy | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Select Sector Spdr Fd Health Care | | | | | Buy (add'l) | 09/30/13 | J | | |
| 733. -Select Sector Spdr Fd Consumer Discretionary | | | | | Buy | 06/25/13 | J | | |
| 734. -Select Sector Spdr Fd Consumer Discretionary | | | | | Buy (add'l) | 09/30/13 | J | | |
| 735. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy | 06/25/13 | J | | |
| 736. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 737. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy | 06/25/13 | J | | |
| 738. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 739. -Vanguard Telecommunications Services ETF | | | | | Buy | 06/25/13 | J | | |
| 740. -Vanguard Telecommunications Services ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 741. -Vanguard FTSE Developed Markets ETF | | | | | Buy | 06/25/13 | J | | |
| 742. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 09/30/13 | J | | |
| 743. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF(fka VG TBM ETF) | | | | | Buy | 06/25/13 | J | | |
| 744. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF(fka VG TBM ETF) | | | | | Buy (add'l) | 09/30/13 | J | | |
| 745. -Vanguard Total Bond Market ETF | | | | | Buy | 06/25/13 | K | | |
| 746. -IBM Corp Sr Unsecured (X) | | | | | | | | | |
| 747. -Procter & Gamble Co/The Sr Unsecured (X) | | | | | | | | | |
| 748. -The Walt Disney Company Sr Unsecured (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Toyota Motor Credit Corp Medium Term Notes (X) | | | | | | | | | |
| 750. -John Deere Capital Corp Medium Term Notes (X) | | | | | | | | | |
| 751. -Occidental Petroleum Cor Sr Unsecured (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout report, in section A, the initials "fka" stands for "formerly known as" and indicates a change in the name.

Line 338 - Trust #6 - Checking (Brokerage 5) - All cash.

Line 368 - Trust #3 - Checking (Brokerage 5) - All cash.

Line 682 - Trust #1-2 - (Brokerage 1) - All cash.

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 05/19/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544